# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONESIMO MARIN HARO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. MENDOZA-POWERS, Warden, et al.,<br><br>　　　　Respondents. | 1:06-CV-0130 AWI SMS HC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner did not submit an application to proceed in forma pauperis or pay the five dollar ($5.00) filing fee. Petitioner will be provided the opportunity to submit an application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

　　In accordance with the above, IT IS HEREBY ORDERED that

　　1.　　The Clerk of Court SHALL send to Petitioner the form for application to proceed in forma pauperis; and

　　2.　　Within thirty (30) days of the date of service of this order, Petitioner SHALL submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately

| | |
|---|---|
| 1 | preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee |
| 2 | for this action.  Petitioner's failure to comply with this order will result in a |
| 3 | recommendation that this action be dismissed. |
| 4 | IT IS SO ORDERED. |

**Dated:**     **February 15, 2006**            /s/ Sandra M. Snyder
23ehd0                                          UNITED STATES MAGISTRATE JUDGE