# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONESIMO MARIN HARO, ) | 1:06-CV-0130 AWI SMS HC |
| Petitioner, ) | ORDER VACATING MARCH 21, 2006, |
| ) | FINDINGS AND RECOMMENDATION |
| v. ) | THAT HAD RECOMMENDED THE |
| ) | PETITION BE DISMISSED |
| K. MENDOZA-POWERS, Warden, ) | [Doc. #4] |
| Respondent. ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On January 17, 2006, Petitioner filed a petition for writ of habeas corpus in the Northern District of California. The petition was transferred to the Eastern District and received in this Court on February 6, 2006. On March 21, 2006, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies based on Petitioner's acknowledgment that his petition was still pending in the California Supreme Court. On March 31, 2006, Petitioner filed objections to the Findings and Recommendation. Petitioner states the California Supreme Court acted on his petition while his petition was being transferred to this Court. Petitioner submits a copy of the California Supreme Court's denial dated January 18, 2006.

1 Therefore, the Court finds good cause to vacate the Findings and Recommendation.

2          Accordingly, the Court hereby VACATES the Findings and Recommendation of March 21,
3 2006.

4 IT IS SO ORDERED.

5 **Dated:    May 5, 2006**                              **/s/ Sandra M. Snyder**
  icido3                                                 UNITED STATES MAGISTRATE JUDGE