UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONESIMO MARIN HARO, | ) | 1:06-CV-00130 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| v. | ) | |
| | ) | ORDER DENYING RESPONDENT'S |
| | ) | MOTION TO DISMISS |
| K. MENDOZA-POWERS, Warden, | ) | [Doc. #11] |
| | ) | |
| Respondent. | ) | ORDER REFERRING MATTER BACK TO |
| | ) | MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 11, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1   and Recommendation is supported by the record and proper analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1. The Findings and Recommendation issued September 11, 2006, is ADOPTED IN FULL;

4         2. Respondent's Motion to Dismiss is DENIED; and

5         3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

7   IT IS SO ORDERED.

8   **Dated:**   **October 24, 2006**                    /s/ Anthony W. Ishii
    0m8i78                                              UNITED STATES DISTRICT JUDGE